United States District Court
Southern District of Texas
**ENTERED**
November 03, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JMMJ RESOURCES, LLC. d/b/a SMART*e*PLANS<br>*Plaintiff*<br><br>v.<br><br>JOHN DAUGHERTY REAL ESTATE, INC.<br>*Defendant* | §§§§§§§§§<br><br>Civil Action No. 4:16-cv-2332<br><br>Jury Demanded |

### ORDER OF DISMISSAL

Plaintiff filed this lawsuit alleging infringement of a registered copyright. Defendant was served with process, but has not answered or otherwise made an appearance. Plaintiff announced a settlement, and filed a motion requesting that this case be dismissed with prejudice.

Pursuant to Plaintiff's request, IT IS HEREBY ORDERED that the above captioned matter is DISMISSED WITH PREJUDICE against refiling.

Nov. 3, 2016

_____
Vanessa D. Gilmore,
United States District Judge